# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

127659 & (39)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA MICHELLE FROMM and
EDWARD FROMM,
      Plaintiffs-Appellees,

v

MEEMIC INSURANCE COMPANY,
      Defendant-Appellant.

SC: 127659
COA: 248879
Oakland CC: 2002-045339-CK

_____/

On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals and the motion for leave to file brief amicus curiae are considered. The motion to file brief amicus curiae is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and CORRIGAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

s0419

_____
Clerk